Thomas Everette CRAWFORD;
Jarvis Deangelo Broadnax,
Plaintiffs—Appellants,

v.

Michael F. EASLEY; Roy Cooper,
Defendants—Appellees.

No. 08–6301.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 29, 2008.

Decided: June 5, 2008.

Thomas Everette Crawford, Jarvis Deangelo Broadnax, Appellants Pro Se. Elizabeth F. Parsons, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Everette Crawford and Jarvis Deangelo Broadnax appeal the district court's order denying relief on their 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Crawford v. Easley*, No. 5:07–ct–03032–BO (E.D.N.C. Feb. 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*